IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LUKE JUNKINS**  **PLAINTIFF**
**#252392**

v.   No. 4:24-CV-00173-JM

**ERIC HIGGINS, Pulaski County**
**Regional Detention Facility,** *et al***.**   **DEFENDANTS**

## ORDER

Junkins has not complied with the October 11, 2024 Order directing him to file a notice of his current mailing address. *Doc. 6.* The time to do so has expired. Mail sent to Junkins at his address of record, the Pulaski County Regional Detention Facility, has been returned as undeliverable, with no forwarding address. *Docs. 5, 7.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE