IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LUKE JUNKINS**                                                   **PLAINTIFF**
**#252392**

v.                                 No. 4:24-CV-00173-JM

**ERIC HIGGINS**, Pulaski County
**Regional Detention Facility**, *et al*.                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE